10 N.J. 347 (1952)
91 A.2d 671
WESLEY EDWARDS, ET ALS., PLAINTIFFS,
v.
JERRY LEOPOLDI, ET AL., DEFENDANTS-PETITIONERS, UNITED ELECTRICAL RADIO & MACHINE WORKERS OF AMERICA, INTERVENOR-RESPONDENT.
The Supreme Court of New Jersey.
October 20, 1952.
Messrs. Kapelsohn, Lerner, Leuchter & Reitman for the petitioners.
Messrs. Gross & Blumberg, Mr. Morton Stavis and Mr. William Rossmoore for the respondent.
Denied.